# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE 11/11/2015**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 9:48:34 AM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF APPEALS
### ASSIGNMENT OF COURT OF APPEALS

TO:    **1ST COURT OF APPEALS**

From:    **Deputy Clerk: DUANE C. GILMORE**
          **Chris Daniel, District Clerk**
          **Harris County, T E X A S**

**CAUSE: 2015-00723**      **TRIAL COURT NO: 190TH**      **DUE: 11/16/2015**

**VOLUME**   **PAGE**      **OR**      **IMAGE #:66652727**

**ATTORNEY: GLENN HERBERT JOHNSON TBN/PRO SE#: 1 (Pro Se)**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE FIRST COURT OF APPEALS**

**DATE ORDER SIGNED: 8/17/2015**

**REQUEST TRANSCRIPT DATE FILED**     **N/A**

**NOTICE OF APPEAL DATE FILED:  11/6/2015**
**NOTICE OF APPEAL PREVIOUSLY FILED? Y**

**NUMBER OF DAYS: ( CLERKS RECORD ) 10**
**FILE ORDERED:  YES ☐   NO ☒   IMAGED FILED:  YES ☒  NO ☐**
**NOTES: Previous Appellate Case No: 01-14-00383-CV (Trial Court Case No: 2013-08713 190th Court)**
     **Accelerated Appeal CODES: D, OA**

CHRIS DANIEL
Harris County, District Clerk

By:  _/s/DUANE C. GILMORE_
       **DUANE C. GILMORE, Deputy**

| | |
|---|---|
| BC | NOTICE OF APPEAL FILED |
| BG | NOTICE OF APPEAL FILED – GOVERNMENT |
| C | JUDGMENT BEING APPEALED |
| D - | ACCELERATED APPEAL |
| OA | NO CLERK'S RECORD REQUEST FILED |
| O | CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL) |
| NA | AMENDED NOTICE OF APPEAL |

## CAUSE NO. 2015-00723

| | | |
|---|---|---|
| GLENN <u>HERBERT</u> JOHNSON | § | **IN THE DISTRICT COURT** |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | |
| LINEBARGER GOGGAN BLAIR & SAMPSON, L.L.P., | § | **HARRIS COUNTY, TEXAS** |
| EMILY KING WATKINS **and** ANTHONY W. NIMS; | § | |
| HASHMET WALI, CHARLES BROUSSARD II, | § | |
| YOUSUF MUHAMMAD ZAKARIA, | § | |
| LYNDA THOMPSON, TEXAS EASY-SERVE, L.L.C. **and** | § | **190th JUDICIAL DISTRICT** |
| CASTILLO EXPERT TREE SERVICE | § | |
| *Defendants* | | |

### <u>PLAINTIFF GLENN HERBERT JOHNSON</u>'s <u>NOTICE OF APPEAL</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** GLENN <u>HERBERT</u> JOHNSON, the Plaintiff in the above entitled and numbered cause and **GIVES NOTICE** that Plaintiff appeals from the 190th Judicial District Court's Order, titled, "**ORDER ON THE LINEBARGER DEFENDANT'S PLEA TO THE JURISDICTION AND SPECIAL EXCEPTIONS TO PLAINTIFF'S ORIGINAL PETITON**", signed on August 17, 2015, by visiting Judge Sharolyn Wood.

- Plaintiff's **REQUEST for FINDINGS OF FACT AND CONCLUSIONS OF LAW** With Respect To Order Granting LINEBARGER DEFENDANTS' PLEA TO THE JURISDICTION AND SPECIAL EXCEPTIONS TO PLAINTIFF'S ORIGINAL PETITON was timely filed with the 190th Judicial District Court on September 2, 2015.

- The "**ORDER DENYING PLAINTIFF'S 2nd MOTION FOR ORAL REHEARING**", of the 190th Judicial District Court's Order, titled, "ORDER ON THE LINEBARGER DEFENDANT'S PLEA TO THE JURISDICTION AND SPECIAL EXCEPTIONS TO PLAINTIFF'S ORIGINAL PETITION", was signed by the Honorable Patricia J. Kerrigan on November 2, 2015.

---

Plaintiff Glenn Herbert Johnson's Notice of Appeal – Cause No. 2015-00723          Page 1

**This is an Accelerated Appeal under the Texas Rules of Appellate Procedure, 28.1.**

Plaintiff's **AFFIDAVIT OF INABILITY TO PAY COSTS**, allowing Plaintiff to proceed as a Pauper, is in file with the Harris County District Clerk, under **Cause No. 2015-00723**, on February 17, 2015. (envelope # 4179512)

This **NOTICE OF APPEAL** is filed within the fifteen day grace period for perfecting appeals which implies that Plaintiff intended to request an extension.
**See**: *Tex. R. App. P. 26.3; Verburgt v. Dorner, 959 S.W. 2d 615, 617 (Tex. 1997)*

Respectfully submitted,

Glenn <u>Herbert</u> Johnson, Plaintiff, *Pro Se*
<u>8926</u> Daffodil Street
Houston, Texas 77063
**email:** *Prairie_View_Grad@yahoo.com*

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this, Plaintiff's Notice of Appeal was, on this 6th day of November 2015, forwarded to the persons listed below by email transmission:

**Edward James Nicholas**
Linebarger Goggan Blair & Sampson, LLP,
4828 Loop Central Drive, Suite 600
Houston, Texas 77081.
Email: *Nick.Nicholas@lgbs.com*
**Counsel for:**      Linebarger Goggan Blair & Sampson, LLP,
          Emily King Watkins and Anthony Wayne Nims

**Emily King Watkins**
Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 77081.
Email: *Emily.Watkins@lgbs.com*

**Anthony Wayne Nims**
Linebarger Goggan Blair & Sampson LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 77081.
Email: *Tony.Nims@lgbs.com*

**Robert L. Paddock**
Thompson & Kinght, LLP
333 Clay Street, Suite 3300
Houston, Texas 77002
Email: *Robert.Paddock@tklaw.com*

**M. Ali Zakaria**
M. Ali Zakaria & Associates, PC
6161 Savoy Drive, Suite 1000
Houston, Texas 77036
Email: *Ali@Zakarialaw.com*

Certified by:

Glenn <u>Herbert</u> Johnson, Plaintiff, *Pro Se*
8926 Daffodil Street
Houston, Texas 77063
Email: *Prairie_View_Grad@yahoo.com*

---

CAUSE NO. 2015-00723

| | | |
|---|---|---|
| GLENN HERBERT JOHNSON, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| HASHMET WALI, ET. AL., | § | |
| Defendants. | § | 190th JUDICIAL DISTRICT |

FILED
Chris Daniel
District Clerk
AUG 17 2015
Harris County, Texas
Time:_____ By_____

## ORDER ON THE LINEBARGER DEFENDANTS' PLEA TO THE JURISDICTION AND SPECIAL EXCPETIONS TO PLAINTIFF'S ORIGINAL PETITION

After considering the Plea to the Jurisdiction and Special Exceptions filed by Linebarger Goggan Blair & Sampson, LLP, Emily King Watkins and Anthony W. Nims (collectively, the "Linebarger Defendants"), the response (if any), and the arguments of counsel (if any), the Court:

\_\_\_✓ FINDS that, in regard to the claims and causes of action filed by Glenn Herbert Johnson ("Plaintiff"), the Linebarger Defendants did not operate or use a motor-driven vehicle or motor-driven equipment;

\_\_\_✓ FINDS that the Linebarger Defendants have attorney and governmental immunity, and therefore this Honorable Court lacks subject-matter jurisdiction over the claims and causes of action filed by Glenn Herbert Johnson ("Plaintiff") against the Linebarger Defendants;

\_\_\_✓ SUSTAINS the Linebarger Defendants' Special Exception No. 1;

\_\_\_✓ SUSTAINS the Linebarger Defendants' Special Exception No. 2;

\_\_\_✓ SUSTAINS the Linebarger Defendants' Special Exception No. 3;

\_\_\_✓ SUSTAINS the Linebarger Defendants' Special Exception No. 4;

\_\_\_✓ SUSTAINS the Linebarger Defendants' Special Exception No. 5;

---

Order on the Linebarger Defendants' Plea to the Jurisdiction and Special Exceptions        Page 1 of 2

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

_√_ SUSTAINS the Linebarger Defendants' Special Exception No. 6;

_√_ SUSTAINS the Linebarger Defendants' Special Exception No. 7;

_√_ FINDS that the pleading defects identified in Special Exceptions No. 1 through 3 are incurable; *striking the pleading.*

_√_ DISMISSES, in their entirety and with prejudice to refiling, all of the Plaintiff's claims and causes of action against Linebarger Goggan Blair & Sampson, LLP, Emily King Watkins and Anthony W. Nims; and

~~ASSESSES costs against Plaintiff.~~ *These defendants are entitled to recover their costs in any final judgment.*

SIGNED on this the _17th_ day of _Aug._, 2015.

_____
JUDGE PRESIDING

JWEB   INT   65.10   CIVIL SYSTEM | CIVIL CASE INTAKE | GENERAL PARTY INQUIRY   INT65.10   GILMORE, DUANE   NOVEMBER 11, 2015

**(11) CONNECTION(S) FOUND.**

| | | | | | |
|---|---|---|---|---|---|
| CASE NUM: | **201500723** | PJN: | TRANS NUM: | CURRENT COURT: **190** | PUB: Please Select |
| CASE TYPE: | **DAMAGES (OTH)** | | CASE STATUS: | **READY DOCKET** | |
| STYLE: | **JOHNSON, GLENN** | VS | **WALI, HASHMET** | | |

**\*\*\*\* ACTIVE PARTIES \*\*\*\***

| PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC. |
|---|---|---|---|---|---|---|
| ☐ | 00029 - 0001 | CNT | 08429500 | DISTRICT CLERK OF HARRIS COUNTY TEXAS | | GREGG, HARRISON JR. |
| ☐ | 00021 - 0001 | AGT | | LINEBARGER GOGGAN BLAIR & SAMPSON L L P | | |
| ☐ | 00013 - 0001 | AGT | | CASTILLO EXPERT TREE SERVICE (AKA CASTILL | | |
| ☐ | 00012 - 0001 | AGT | | TEXAS EASY-SERVE L L C BY SERVING THROUG | | |
| ☐ | 00009 - 0001 | DEF | | CASTILLO EXPERT TREE SERVICE (AKA CASTILL | | |
| ☐ | 00008 - 0001 | DEF | 24002723 | TEXAS EASY-SERVE L L C | | PADDOCK, ROBERT LAWTON |
| ☐ | 00005 - 0001 | DEF | | THOMPSON, LYNDA | | |
| ☐ | 00004 - 0001 | DEF | 22243410 | ZAKARIA, YOUSUF MUHAMMAD | | ZAKARIA, MOHAMMED ALI |
| ☐ | 00003 - 0001 | DEF | 22243410 | BROUSSARD, CHARLES P II | | ZAKARIA, MOHAMMED ALI |
| ☐ | 00002 - 0001 | DEF | 22243410 | WALI, HASHMET | | ZAKARIA, MOHAMMED ALI |
| ☐ | 00001 - 0001 | PLT | | JOHNSON, GLENN | | PRO-SE |

Submit Query   1   Total Pages   **Submit Query**   **Submit Query**   1   **Submit Query**   **Submit Query**   Records Per-Page   20

| INACTIVE | ATY INQ | ACT UPDT | SERV ISSU | DOCU INQ | CASE SUMM INQ |
|---|---|---|---|---|---|
| PTY ADDR | ATY SUB | MUL ATY SUB | ATY W/DRAWL | PTY W/DRAWL | |

Harris County Information Technology Center (ITC) Justice Applications